**Dismissed and Opinion Filed September 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-17-01101-CV
No. 05-17-01102-CV

**IN RE SENRICK S. WILKERSON, Relator**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-01183 and F10-01184**

## MEMORANDUM OPINION

Before Justices Francis, Brown, and Whitehill
Opinion by Justice Francis

Before the Court is relator's September 15, 2017 petition for writ of mandamus in which he asks the Court to obtain and review the grand jury transcripts, arrest warrants, and arrest reports related to his 2010 convictions and to order the trial court to hold an evidentiary hearing to review his convictions. This proceeding is a collateral attack on a final conviction and, therefore, falls within the scope of a post-conviction writ of habeas corpus under article 11.07 of the Texas Code of Criminal Procedure. See TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015). Only the Texas Court of Criminal Appeals has jurisdiction in final, post-conviction felony proceedings. *Id*; *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (orig. proceeding); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding).

Accordingly, we dismiss this proceeding for want of jurisdiction.

/Molly Francis/
MOLLY FRANCIS
JUSTICE

171101F.P05